UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

WILLIAM JOHNSON #08424-084

    Plaintiff,

v.

MICHAEL WREN, JOHN COLLINS,
RYAN WILLIAMS, JANE DOE #1,
JANE DOE #2, JOHN DOE,
RICK HAMBY, and BOBBY GIBSON,

    Defendants.

No.: 3:06-cv-321
(VARLAN/GUYTON)

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Patricia L. McNutt*
    CLERK OF COURT